

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2014

No. 04-14-00058-CR

Arthur Curtis **THOMAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5822
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is deemed timely filed as of August 11, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court